JS-6

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RUBY TRANSPORT INC., a Texas corporation; LEILA CANTU, an individual; RICARDO RODRIGUEZ, an individual,<br><br>　　　　　Defendants. | Case No. No. 8:24-cv-00821-JWH(JDEx)<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**JUDGMENT**<br><br>Complaint Filed:　April 12, 2024 |

Pursuant to the Stipulation Re: Vacating Dismissal and Entry of Stipulated Judgement (the "Stipulation"), and good cause appearing therefore,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Judgment be entered in this matter, in favor of Balboa, and against Ruby Transport Inc., a Texas corporation ("Ruby"), Leila Cantu, an individual ("Cantu"), and Ricardo Rodriguez, an individual ("Rodriguez") (collectively with Cantu and Ruby, "Defendants"), jointly and severally, in the total amount of $180,495.60, which is a sum of the following:

   a. Compensatory damages in the amount owed of $161,321.02, on the Settlement Agreement (the "Settlement");

   b. Attorneys' fees in the amount of $5,185.00, on the Settlement;

   c. Prejudgment interest in the amount $13,064.32 at the statutory rate of ten percent (10%) per annum, from January 24, 2024 (the date of breach), to October 23, 2024 (the date of filing the Stipulation), on the Settlement; and

   d. Costs in the amount of $925.26.

2. The Clerk is **DIRECTED** to enter this Judgment forthwith.

DATED: October 28, 2024

Hon. John W. Holcomb
U.S. DISTRICT JUDGE